FILED
2019 Dec-20 PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | 2:19-cr-40-KOB-JEO |
| ] | |
| HANNIBAL UKORKAROY ] | |
| MOORE, ] | |
|     Defendant. | |

## MEMORANDUM OPINION

This matter comes before the court on the magistrate judge's report and recommendation (doc. 37) that the court deny Defendant Hannibal Ukorkaroy Moore's motion to suppress (doc. 29). Mr. Moore filed objections (doc. 38) and the magistrate judge held an evidentiary hearing on December 20, 2019. In that hearing, after discussions with the defendant and his counsel, the magistrate judge construed Mr. Moore's objections (doc. 38), as a Motion for New Counsel, to which the court orally granted. New counsel for the defendant will be assigned by separate order.

The court considered the entire record in this case de novo, including the report and recommendation, the motion to suppress and supporting brief (doc. 29 & 36), the government's responses (docs. 32 & 35), and the transcript of the suppression hearing (doc. 34). The court finds that it should ACCEPT the magistrate judge's report and ADOPT his recommendation to DENY the motion to suppress.

The court will enter a separate Order doing so.

**DONE** and **ORDERED** this 20th day of December, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE